■ Janet Peters, Respondent, v Stephen Labriola, Appel-

lant.—Order of filiation, Family Court of the State of New York, New York County (Leah Marks, J.), entered on or about July 2, 1986, and order of support of said court (Carolyn Kearney, J.), entered on or about March 23, 1987, as amended by order entered on April 7, 1987, unanimously affirmed, without costs and without disbursements. Motion by appellant for leave to file a reply brief granted. No opinion. Concur—Sandler, J. P., Carro, Asch and Milonas, JJ.